MINUTE ENTRY
GUIDRY, J.
July 25, 2023

JS10 - 00:21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 23-117 |
| JOSEPH NELSON | SECTION "T" |

COURTROOM DEPUTY:  Dedra D. Pongracz
COURT REPORTER:  Jodi Simcox

APPEARANCES:   Inga Catherine Petrovich, Counsel for the government
Michael Aaron Kennedy, Counsel for the defendant
Renee Williams, U.S. Probation Office

### SEALED RE-ARRAIGNMENT

Case called at 11:40 a.m.
Defendant is sworn
Defendant questioned by Court.
Defendant withdraws plea of NOT GUILTY as to Counts 1 and 2 of the Bill of Information and enters a plea of guilty to same.
Reading of the Bill of Information is waived.
Defendant is informed of the maximum penalties.
Defendant is informed of sentencing guidelines.
Defendant informed of rights to trial by jury or the court and waived same.
Plea agreement is disclosed to the Court in letter form and filed under SEAL.
Government submits the factual basis and same is filed under SEAL.
Pursuant to Federal Rules of Criminal Procedure 11(c)(3)(A), a decision with respect to acceptance or rejection of the plea agreement is deferred until the Court has the opportunity to consider the pre-sentence report.
Court ORDERS a pre-sentence investigation.
**Sentencing set for October 31, 2023 at 10:00 a.m.**
The pretrial conference and trial of this defendant are cancelled.
Defendant remanded into the custody of the U.S. Marshal.
Court adjourned at 12:01 p.m.